FILED

98 JUN 15 AM 10: 17

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RODNEY L. COGMAN,                )
                                 )
        Plaintiff,               )
                                 )
vs                               )      CIVIL ACTION NO. 95-P-1575-S
                                 )
                                 )
JAMES YEARTY, STEVE MORROW,      )
AND SERGEANT RONALD HUDSON,      )                ENTERED
                                 )
        Defendants.              )              JUN 1 5 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections of the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's motion for partial summary judgment is due to be denied. An appropriate order will be entered.

DONE, this ___15___ day of June, 1998.

SAM C. POINTER, JR.,
CHIEF UNITED STATES DISTRICT JUDGE