FILED
00 APR 22 AM 9:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RODNEY L. COGMAN, )
                             Plaintiff, )
vs )  CIVIL ACTION NO. 95-P-1575-S
JAMES YEARTY, STEVE MORROW, )
AND SERGEANT RONALD HUDSON, )
                             Defendants. )

ENTERED
APR 23 1999

## MEMORANDUM OF OPINION

The magistrate judge held an evidentiary hearing on the sole remaining issue in this case, which is whether excessive force was used against the plaintiff by defendants Yearty, Morrow, or Hudson while the plaintiff was lodged in the Bessemer jail. Following that hearing the magistrate judge filed his report and recommendation, wherein he found that none of the defendants used excessive force as alleged. In the plaintiff's objections he repeats some of his allegations, and also states that he has witnesses to testify on his behalf. The time to call witnesses in this case was the evidentiary hearing; it is now too late to do so.[1] With respect to the findings of fact made by the magistrate judge, he heard the evidence and made credibility findings.

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections filed by the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the Court

---

[1] In the magistrate's order entered January 20, 1999, the plaintiff was informed that he had not complied with the scheduling order concerning inmate witnesses.

finds in favor of the defendants and against the plaintiff on the excessive force claim. An appropriate order will be entered.

DONE, this _22ⁿᵈ_ day of April, 1999.

_____
SAM C. POINTER, JR.,
CHIEF UNITED STATES DISTRICT JUDGE